IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CELLSPIN SOFT, INC., <br>     Plaintiff, <br> v. <br> FITBIT, INC., <br>     Defendant. | **CASE MANAGEMENT AND PRETRIAL ORDER** <br><br> Case No. 17-cv-05928-YGR |
| v. <br> MOOV INC., <br>     Defendant. | Case No. 17-cv-05929-YGR |
| v. <br> ADIDAS AMERICA, INC., <br>     Defendant. | Case No. 17-cv-05930-YGR |
| v. <br> NIKE, INC., <br>     Defendant. | Case No. 17-cv-05931-YGR |
| v. <br> UNDER ARMOUR, INC., <br>     Defendant. | Case No. 17-cv-05932-YGR |
| v. <br> FOSSIL GROUP, INC. ET AL., <br>     Defendant. | Case No. 17-cv-05933-YGR |

|  |  |
|---|---|
| v.<br><br>GARMIN INTERNATIONAL, INC. ET AL.,<br><br>    Defendant. | Case No. 17-cv-05934-YGR |
| v.<br><br>NIKON AMERICAS, INC. ET AL.,<br><br>    Defendant. | Case No. 17-cv-05936-YGR |
| v.<br><br>CANON U.S.A., INC.,<br><br>    Defendant. | Case No. 17-cv-05938-YGR |
| v.<br><br>GOPRO, INC.,<br><br>    Defendant. | Case No. 17-cv-05939-YGR |
| v.<br><br>EASTMAN KODAK COMPANY,<br><br>    Defendant. | Case No. 17-cv-05940-YGR |
| v.<br><br>PANASONIC CORPORATION OF NORTH AMERICA,<br><br>    Defendant. | Case No. 17-cv-05941-YGR |
| v.<br><br>JK IMAGING LTD.,<br><br>    Defendant. | Case No. 17-cv-06881-YGR |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

| **Deadline** | **Date** |
|---|---|

| **Proposed Protective Order Filed** | 2/23/2018 |
|---|---|
| **Compliance Hearing with Regard to Discovery** | 3/2/2018 at 9:01 a.m.[1] |
| **Patent L.R. 3-1** (Disclosure of Asserted Claims and Infringement Contentions) and **Patent L.R. 3-2** (Document Production Accompanying Disclosure) | 3/12/2018 |
| **Patent L.R. 3-3** (Invalidity Contentions) and **Patent L.R. 3-4** (Document Production Accompanying Invalidity Contentions) | 5/18/2018 |
| **Patent L.R. 4-1** (Exchange of Proposed Terms for Construction) | 6/8/2018 |
| **Patent L.R. 3-8** (Damages Contentions) (a) Contentions For Group I Defendants[2] (b) Contentions For Group II Defendants[3] (c) Contentions For Group III Defendants[4] | 7/16/2018 7/23/2018 7/30/2018 |
| **Patent L.R. 4-2** (Exchange of Preliminary Claim Constructions and Extrinsic Evidence) | 7/2/2018 |
| // | // |

---

[1] Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) written stipulation with regards to discovery or (b) a one-page Joint Statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions

[2] Group I Defendants are Fitbit, Moov, Adidas, Nike, Under Armour, Fossil, and Misfit (the '794, '752 and '847 Patents have been asserted against each of these Defendants).

[3] Group II Defendants are Canon, GoPro, Panasonic and JK Imaging (the '698 Patent has been asserted against each of these defendants).

[4] Group III Defendants are Garmin, TomTom and Nikon (the '698, '794, '752 and '847 Patents have been asserted against each of these defendants).

| | |
|---|---|
| **Patent L.R. 3-9** (Responsive Damages Contentions) | 8/13/2018 |
| (a) For Group I Defendants | 8/27/2018 |
| (b) For Group II Defendants | 8/27/2018 |
| (c) For Group III Defendants | |
| **Patent L.R. 4-3** (Joint Claim Construction and Prehearing Statement) | 7/13/2018 at 12:00 p.m. |
| **Case Management Conference** | 7/16/2017 at 1:00 p.m. |
| **Patent L.R. 4-4** (Completion of Claim Construction Discovery) | 8/24/2018 |
| **Patent L.R. 4-5(a)** (Plaintiff's Opening Brief and Evidence Supporting Its Claim Construction) | 9/7/2018 |
| **Patent L.R. 4-5(b)** (Defendants' Responsive Brief and Supporting Evidence) | 10/9/2018 |
| **Patent L.R. 4-5(c)** (Plaintiff's Responsive Brief) | 10/16/2018 |
| **Claim Construction Tutorial** | 10/26/2018 at 9:00 a.m. |
| **Patent L.R. 4-6** (Claim Construction Hearing) | 11/9/2017 at 9:00 a.m. |

All in-court proceedings shall occur in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

With respect to the request to stay discovery, defendants are instructed to serve objections consistent with the Court's Local Patent Rules. No further discovery may be served until the Court issues orders with respect to the pending motions to dismiss.

//
//
//
//

**IT IS SO ORDERED.**

Dated: February 2, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge