John J. Edmonds (State Bar No. 274200)
jedmonds@ip-lit.com
COLLINS EDMONDS
**COLLINS, EDMONDS & SCHLATHER, PLLC**
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 973-7846
Facsimile: (213) 835-6996

Attorneys for Plaintiff,
CELLSPIN SOFT INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CELLSPIN SOFT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FITBIT, INC.,<br><br>Defendant. | Case No. 4:17-cv-05928-YGR<br><br>**DECLARATION OF JOHN J. EDMONDS IN SUPPORT OF NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Oral Hearing: March 6, 2018, 2:00 p.m.<br>Courtroom: 1, 4th Floor<br>Judge: Honorable Yvonne G. Rogers |
| v.<br><br>MOOV, INC.,<br><br>Defendant. | Case No. 4:17-cv-05929-YGR<br>(RELATED CASE)<br><br>Oral Hearing: March 6, 2018, 2:00 p.m.<br>Courtroom: 1, 4th Floor<br>Judge: Honorable Yvonne G. Rogers |
| v.<br><br>FOSSIL GROUP, INC. ET AL.,<br><br>Defendants. | Case No. 4:17-cv-05933-YGR<br>(RELATED CASE)<br><br>Oral Hearing: March 6, 2018, 2:00 p.m.<br>Courtroom: 1, 4th Floor<br>Judge: Honorable Yvonne G. Rogers |
| v.<br><br>NIKE, INC.,<br><br>Defendant. | Case No. 4:17-cv-05931-YGR<br>(RELATED CASE)<br><br>Oral Hearing: March 6, 2018, 2:00 p.m.<br>Courtroom: 1, 4th Floor<br>Judge: Honorable Yvonne G. Rogers |

| v.<br><br>CANON U.S.A., INC.,<br><br>Defendant. | Case No. 4:17-cv-05938-YGR<br>(RELATED CASE)<br><br>Oral Hearing: March 6, 2018, 2:00 p.m.<br>Courtroom: 1, 4th Floor<br>Judge: Honorable Yvonne G. Rogers |
|---|---|
| v.<br><br>GOPRO, INC.,<br><br>Defendant. | Case No. 4:17-cv-05939-YGR<br>(RELATED CASE)<br><br>Oral Hearing: March 6, 2018, 2:00 p.m.<br>Courtroom: 1, 4th Floor<br>Judge: Honorable Yvonne G. Rogers |
| v.<br><br>PANASONIC CORPORATION OF NORTH AMERICA,<br><br>Defendant. | Case No. 4:17-cv-05941-YGR<br>(RELATED CASE)<br><br>Oral Hearing: March 6, 2018, 2:00 p.m.<br>Courtroom: 1, 4th Floor<br>Judge: Honorable Yvonne G. Rogers |
| v.<br><br>JK IMAGING, LTD.,<br><br>Defendant. | Case No. 4:17-cv-06881-YGR<br>(RELATED CASE)<br><br>Oral Hearing: March 6, 2018, 2:00 p.m.<br>Courtroom: 1, 4th Floor<br>Judge: Honorable Yvonne G. Rogers |

I, John J. Edmonds, hereby declare as follows:

1. I am over the age of 18 and I am fully competent to make this declaration. I am the counsel of record for Plaintiff Cellspin Soft, Inc, in this litigation, and as such, I have personal knowledge of the matters stated herein.

2. Exhibit A to Cellspin's above-styled Notice (the "Notice") is a true and correct copy of the Federal Circuit opinion in *Berkheimer v. HP Inc. See Berkheimer v. HP Inc.*, No. 2017-1437, 2018 WL 774096 (Fed. Cir. Feb. 8, 2018).

3. Exhibit B to Cellspin's Notice is a true and correct copy of the Federal Circuit opinion in *Aatrix Software, Inc. v. Green Shades Software, Inc. See Aatrix Software, Inc. v. Green Shades Software, Inc.*, No. 2017-1452, 2018 WL 843288 (Fed. Cir. Feb. 14, 2018).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 16, 2018 in Houston, Texas.

*/s/ John J. Edmonds*

John J. Edmonds