# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 3/6/18 | **Time:** 2:27pm-3:39pm[total for all related cases] | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.**: **17-cv-05928-YGR** Case No. : 17-cv-5929-YGR **:** Cellspin Soft, Inc. MOOV, Inc. 17-cv-5930-YGR **:** Cellspin Soft, Inc. v Adidas America, Inc. 17-cv-5931-YGR **:** Cellspin Soft, Inc. v Nike, Inc. 17-cv-5932-YGR **:** Cellspin Soft, Inc. v Under Armour, Inc. 17-cv-5933-YGR **:** Cellspin Soft, Inc. v Fossil Group, Inc. et al. 17-cv-5934-YGR**:** Cellspin Soft, Inc. v Garmin Interational, Inc. et al. 17-cv-5936-YGR**:** Cellspin Soft, Inc. v Nikon Americas, Inc. et al. 17-cv-5938-YGR**:** Cellspin Soft, Inc. v Canon U.S.A. Inc. 17-cv-5939-YGR**:** Cellspin Soft, Inc. v GoPro Inc. | **Case Name: Cellspin Soft, Inc. v. Fitbit, Inc.** | |

| | |
|---|---|
| 17-cv-5941-YGR: Cellspin Soft, Inc. v Panasonic Corporation of North America 17-CV-17-6881 : Cellspin Soft, Inc. v JK Imaging LTD. | |

**Attorney for Plaintiff:** SEE ATTACHED
**Attorney for Defendant:** SEE ATTACHED

**Deputy Clerk:** Frances Stone       **Court Reporter:** Diane Skillman

## PROCEEDINGS

Motion to Dismiss- HELD AND SUBMITTED

**Order to be prepared by: Court**

**Notes: Defendants' shall file supplement brief which addresses Amended Complaints by 3/12/18.**

**Clerk called two cases on the record today that are already closed: 17-cv-5937-YGR Cellspin Soft Inc.v TomTom Inc. et. al. AND 17-cv-5940-YGR Cellspin Soft Inc. v Eastman Kodak Company.**