In accordance with the Court's Order (*e.g.*, Doc. 21 in 17-cv-5928), and on behalf of Plaintiff, Cellspin Soft, Inc., and Defendants, Fitbit, Inc., Moov, Inc., adidas America, Inc., Nike, Inc., Under Armour, Inc., Fossil Group, Inc, Misfit, Inc., Garmin International, Inc., Garmin USA, Inc., Nikon Americas, Inc., Nikon Inc., TomTom, Inc., TomTom North America, Canon U.S.A., Inc., GoPro, Inc. Panasonic Corporation of North America, and JK Imaging, Ltd., please find below a list of counsel (and the parties they represent) who have stated that they will appear at the ~~January 29~~, 2018 ~~Case Management Conference~~ in this proceeding: *MARCH 6, 2018 MOTION HEARING*

**Counsel for Plaintiff, Cellspin Soft, Inc.**

COLLINS, EDMONDS & SCHLATHER, PLLC

 John J. Edmonds

 Brandon G. Moore

 [illegible]

**Counsel for Defendants**

 *Counsel for Fitbit, Inc.:* 17-cv-5928-YGR

 GOODWIN PROCTER LLP

  Shane Brun

 *Counsel for Moov, Inc.:* 17-CV-5929-YGR

 GOODWIN PROCTER LLP

  Shane Brun

 *Counsel for adidas America, Inc.:* 17-CV-5930-YGR

 KILPATRICK TOWNSEND & STOCKTON LLP

  Matias Ferrario

  Taylor Pfingst

1     <u>Counsel for Nike, Inc.:</u> 17-CV-5931-YGR
2     DLA PIPER LLP
3        Amy Walters
4        Rick Mulloy
5     <u>Counsel for Under Armour, Inc.:</u> 17-CV-5932-YGR
6     HARNESS, DICKEY & PIERCE, P.L.C.
7        George D. Moustakas
8
9     <u>Counsel for Fossil Group, Inc. and Misfit, Inc.:</u> 17-CV-5933-YGR
10    FISH & RICHARDSON P.C.
11       Dalia B. Kothari
12       David B. Conrad
13
14    <u>Counsel for Garmin International, Inc. and Garmin USA, Inc.:</u> 17-CV-5934-YGR
15    LAMKIN IP DEFENSE
16       Rachael D. Lamkin
17
18    <u>Counsel for Nikon Americas, Inc. and Nikon Inc.:</u> 17-CV-5936-YGR
19    FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
20       Jacob A. Schroeder
21
22    <u>Counsel for TomTom, Inc. and TomTom North America:</u> 17-CV-5937-YGR (CLOSED CASE)
23    BAKER & HOSTETLER LLP
24       Michael Anderson
25
26    <u>Counsel for Canon U.S.A., Inc.:</u> 17-5938-YGR
27    QUINN EMANUEL URQUHART & SULLIVAN, LLP
28       ~~Jeffrey Ung~~ Ryan Goldstein

*MARCH 6, 2018 HEARING*

*Counsel for GoPro, Inc.:* 17-CV-5939-YGR

DUANE MORRIS LLP   Karineh Khachatourian

   Daniel T. McCloskey

*Counsel for Panasonic Corporation of North America:* 17-CV-5941-YGR

ORRICK, HERRINGTON & SUTCLIFFE LLP

   Jason Yu

   T. Kim (Jr.)

*Counsel for JK Imaging, Ltd.:*[1] 17-CV-6881-YGR

KNOBBE MARTENS OLSON & BEAR, LLP

   Irfan A. Lateef

   Daniel C. Kiang  DK

| Dated: January 23, 2018 | /s/ John J. Edmonds |
| --- | --- |
| | Counsel for Plaintiff, Cellspin Soft, Inc. |
| Dated: January 23, 2018 | /s/ Shane Brun |
| | Counsel for Defendant, Fitbit, Inc. |
| Dated: January 23, 2018 | /s/ Shane Brun |
| | Counsel for Defendant, Moov Inc. |
| Dated: January 23, 2018 | /s/ Matias Ferrario |
| | Counsel for Defendant, adidas America, Inc. |
| Dated: January 23, 2018 | /s/ Amy Walters |
| | Counsel for Defendant, Nike, Inc. |

---

[1] JK Imaging filed a request for lead counsel, Irfan A. Lateef, to appear and participate telephonically in the Case Management Conference, or in the alternative, to excuse the requirement for lead counsel to attend the Case Management Conference and allow Daniel C. Kiang to attend the Case Management Conference. *See* Doc. 30 (Case No. 4:17-cv-06881-YGR). As of the filing of this notice, the Court has not yet ruled on the request.



**COLLINS EDMONDS**
Collins Edmonds Schlather & Tower PLLC

**John J. Edmonds**
jedmonds@ip-lit.com

1616 South Voss Road Suite 125
Houston Texas 77057
713.364.5291

---

**quinn emanuel** trial lawyers | los angeles

**Ryan S. Goldstein**
**Partner, Head of Tokyo Office**

quinn emanuel urquhart & sullivan, llp
865 South Figueroa Street, 10th Floor, Los Angeles, California 90017
DIRECT 213-443-3235 | TEL 213-443-3000 | FAX 213-443-3100
EMAIL ryangoldstein@quinnemanuel.com | www.quinnemanuel.com

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY
CHICAGO | WASHINGTON, D.C. | HOUSTON | TOKYO | HONG KONG
GERMANY | LONDON | PARIS | MOSCOW | AUSTRALIA | BRUSSELS

---

**T. Vann Pearce, Jr.**
Partner • Patent

Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706

E vpearce@orrick.com
D +1 202 339 8696


orrick

---



JACK SCHECTER
ASSISTANT GENERAL COUNSEL
IP LITIGATION
T: 971.473.1952
C: 617.388.9658
JACK.SCHECTER@NIKE.COM

---

Goodwin Procter LLP
Three Embarcadero Center
San Francisco, CA 94111

**SHANE BRUN**
Partner
sbrun@goodwinlaw.com
o +1 415 733 6074
f +1 415 390 7965

Moov +
FTL



## Knobbe | Martens
INTELLECTUAL PROPERTY LAW

**Daniel C. Kiang**
Attorney At Law

2040 Main Street, 14th Floor, Irvine, CA 92614
T 949.760.0404 | F 949.760.9502 | Direct 949-721-5205
Daniel.Kiang@knobbe.com

---

**Shea Palavan**
Attorney

Collins, Edmonds, Pogorzelski,
Schlather & Tower, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057

**CEPIP**

(832) 623-6478 (direct)
(832) 577-7020 (cell)
(832) 415-2535 (fax)
spalavan@cepiplaw.com

cepiplaw.com

---

## FISH.
FISH & RICHARDSON

**David B. Conrad**
Principal
conrad@fr.com

214 760 6158 direct
214 747 5070 main
214 747 2091 fax

Fish & Richardson P.C.
1717 Main Street
Suite 5000
Dallas, TX 75201

---

Rachael D. Lamkin

100 Pine Street
Suite 1250
San Francisco, CA 94111

rdl@lamkinipdefense.com
www.lamkinipdefense.com
916.747.6091

---

## FISH.
FISH & RICHARDSON

**Dalia Kothari**
Attorney
kothari@fr.com

650 839 5166 direct
650 839 5070 main
650 839 5071 fax

Fish & Richardson P.C.
500 Arguello Street
Suite 500
Redwood City, CA 94063

---

 **DLA PIPER**

**Richard T. Mulloy**
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297

T 619.699.4787
F 619.764.6787
richard.mulloy@dlapiper.com

---

## KILPATRICK TOWNSEND
ATTORNEYS AT LAW

**Taylor J. Pfingst**  
ASSOCIATE

KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Suite 1900   San Francisco, CA 94111
T 415.273.4304   F 415.354.3458
tpfingst@kilpatricktownsend.com
www.kilpatricktownsend.com

---

## FINNEGAN | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

**JACOB A. SCHROEDER**
PARTNER
JACOB.SCHROEDER@FINNEGAN.COM
+1 650 849 6765

STANFORD RESEARCH PARK
3300 HILLVIEW AVENUE
PALO ALTO, CA 94304-1203
+1 650 849 6600  FAX: +1 650 849 6666
WWW.FINNEGAN.COM