IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **CELLSPIN SOFT, INC**.<br><br>　　　　Plaintiff,<br><br>v.<br><br>**FITBIT, INC.**<br><br>　　　　Defendant. | **ORDER TO SHOW CAUSE**<br><br>Case No. 17-cv-05928-YGR |
| v.<br><br>**MOOV, INC.**<br><br>　　　　Defendant. | Case No. 17-cv-05929-YGR |
| v.<br><br>**NIKE, INC.,**<br><br>　　　　Defendant. | Case No. 17-cv-05931-YGR |
| v.<br><br>**FOSSIL GROUP, INC. ET AL**<br><br>　　　　Defendant. | Case No. 17-cv-05933-YGR |
| v.<br><br>**GARMIN INTERNATIONAL INC. ET AL**<br><br>　　　　Defendant. | Case No. 17-cv-05934-YGR |
| v.<br><br>**CANNON U.S.A., INC.**<br><br>　　　　Defendant | Case No. 17-cv-05938-YGR |

| | |
|---|---|
| v.<br><br>**GOPRO, INC.**<br><br>Defendant. | Case No. 17-cv-05939-YGR |
| v.<br><br>**PANASONIC CORPORATION OF NORTH AMERICA**<br><br>Defendant. | Case No. 17-cv-05941-YGR |
| v.<br><br>**JK IMAGING, LTD.**<br><br>Defendant. | Case No. 17-cv-06881-YGR |

The Court is in receipt of plaintiff's response to defendants' supplemental brief in support of motion to dismiss. (Dkt, No. 73.)[1] By way of background, on December 22, 2017, this Court set a briefing schedule for defendants' motion to dismiss with a hearing date of March 6, 2018. (Dkt No. 23.) On March 2, 2017, plaintiff filed amended complaints in the above-captioned matters. At the hearing held on March 6, 2018, defense counsel asked the Court whether the Court required "additional papers addressing" the amended complaints. (Dkt. No. 68 at 51:23–24.) The Court responded that a supplemental brief "would be helpful to close the loop" and ordered counsel to file said brief by Monday, March 12, 2018. (*Id*. at 51:25–52:1.) Defendants filed an omnibus supplemental brief on March 12, 2018. (Dkt. No. 64.)

On March 20, 2018, plaintiff filed a response to defendants' supplemental brief without seeking prior Court approval. (Dkt. No. 73.) Pursuant to Local Rule 7-3(d), "[o]nce a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval, except" for objections to reply evidence or to "[b]efore the hearing date . . . [to] bring o the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed." Here, counsel failed to seek "prior Court approval" before filing the supplemental brief.

---

[1] All citations to docket entries refer to *Cellspin Soft Inc. v. Fitbit, Inc.*, 17-cv-05928-YGR.

2

Accordingly, plaintiff is hereby **ORDERED TO SHOW CAUSE** as to why plaintiff's response to defendants' supplemental brief should not be stricken or plaintiff should not be sanctioned $250 for failure to follow Court rules by **Monday, March 26, 2018**. The hearing on the order to show cause will be held on **Monday, April 2, 2018 at 3:01 p.m.** If the Court is satisfied with plaintiff's response to the order to show cause or if plaintiff pays the sanctions, the hearing will be taken off calendar.

**IT IS SO ORDERED.**

Dated: March 22, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge