IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **CELLSPIN SOFT, INC.**<br><br>             Plaintiff,<br><br>v.<br><br>**FITBIT, INC.**<br><br>             Defendant. | **ORDER VACATING HEARING ON ORDER TO SHOW CAUSE**<br><br>Case No. 17-cv-05928-YGR |
| v.<br><br>**MOOV, INC.,**<br><br>             Defendant. | Case No. 17-cv-05929-YGR |
| v.<br><br>**NIKE, INC.,**<br><br>             Defendant. | Case No. 17-cv-05931-YGR |
| v.<br><br>**FOSSIL GROUP, INC. ET AL**<br><br>             Defendant. | Case No. 17-cv-05933-YGR |
| v.<br><br>**GARMIN INTERNATIONAL INC. ET AL**<br><br>             Defendant. | Case No. 17-cv-05934-YGR |
| v.<br><br>**CANNON U.S.A., INC.**<br><br>             Defendant | Case No. 17-cv-05938-YGR |

1

| | |
|---|---|
| v.<br><br>**GOPRO, INC.**<br><br>Defendant. | Case No. 17-cv-05939-YGR |
| v.<br><br>**PANASONIC CORPORATION OF NORTH AMERICA,**<br><br>Defendant. | Case No. 17-cv-05941-YGR |
| v.<br><br>**JK IMAGING, LTD.**<br><br>Defendant. | Case No. 17-cv-06881-YGR |

Due to the Court's trial schedule the order to show cause haring scheduled for **Monday, April 2, 2018**, is hereby **VACATED**. The Court will address the order to show cause and plaintiff's response to the same in writing at a later date.

**IT IS SO ORDERED.**

Dated: March 29, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge

2