# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CELLSPIN SOFT, INC.,**<br>Plaintiff,<br>vs.<br>**FITBIT, INC.,**<br>Defendant. | CASE NO. 17-cv-05928-YGR<br><br>**ORDER DIRECTING FURTHER SUBMISSION IN SUPPORT OF MOTION FOR ATTORNEY'S FEES**<br><br>Re: Dkt. No. 85 |

Defendant has filed a Motion for Attorney's Fees. (Dkt. No. 85.) The motion does not comply with the requirement(s) of Civil Local Rule 54-5 as follows:

\_\_\_\_ moves for awards of attorney's fees outside of the 14-day window following entry of judgment by the Court. *See* Civ. L. R. 54-4(a).

✗ is not supported by declarations or affidavits that contain:

    \_\_\_\_ a statement that counsel have met and conferred for the purpose of attempting to resolve any disputes with respect to the motion or a statement that no conference was held, with certification that the applying attorney made a good faith effort to arrange such a conference, setting forth the reason the conference was not held. *See* Civ. L. R. 54-4(b)(1).

    ✗ a statement of the services rendered by each person for whose services fees are claimed together with a summary of the time spent by each person, and a statement describing the manner in which time records were maintained. *See* Civ. L. R. 54-4(b)(2).

    \_\_\_\_ a brief description of relevant qualifications and experience and a statement of the customary hourly charges of each such person or of comparable prevailing hourly rates or other indication of value of the services. *See* Civ. L. R. 54-4(b)(3).

Defendant is **DIRECTED TO FILE** supplemental documents to cure the defects identified above not later than **Monday, May 7, 2018**.  Failure to do so may result in an automatic denial of the Motion for Attorney's Fees.

**IT IS SO ORDERED.**

Dated: April 27, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**