VENABLE LLP
Shane Brun (SBN 179079)
101 California Street, Suite 3800
San Francisco, CA 94111
Email:       sbrun@venable.com
Telephone:   (415) 653-3750
Facsimile:   (415) 653-3755

Attorneys for Defendant
FITBIT, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CELLSPIN SOFT, INC., <br><br>         Plaintiff, <br><br> v. <br><br> FITBIT, INC., <br><br>         Defendant. | Case No. 4:17-cv-05928-YGR <br><br> **NOTICE OF CHANGE OF FIRM AFFILIATION FOR SHANE BRUN** |

1  PLEASE TAKE NOTICE that Shane Brun, counsel of record for Defendant FITBIT,
2  INC. is no longer affiliated with the law firm of Goodwin Proctor LLP, and is now affiliated with
3  Venable LLP law firm, at the following address:

>    Shane Brun
>    VENABLE LLP
>    101 California Street, Suite 3800
>    San Francisco, CA 94111
>    Telephone: 415-653-3750
>    Facsimile: 415-653-3755
>    Email: SBrun@Venable.com

Dated: October 23, 2018

VENABLE LLP
SHANE BRUN (SBN 179079)

By:     */s/ Shane Brun*
        SHANE BURN

101 California Street, Suite 3800
San Francisco, CA 94111
Tel.: 415/653-3750
Fax: 415/653-3755
sbrun@venable.com

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415-653-3750

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United State District Court for the Northern District of California by using the CM/ECF system on **October 23, 2018**. I further certify that service will be accomplished by the CM/ECF system and paper copies shall be served by first class mail, postage prepaid on all counsel who are not served through CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on October 23, 2018.

                                                                      /s/ *Shane Brun*
                                                                      SHANE BRUN

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415-653-3750

1

NOTICE OF CHANGE OF FIRM AFFILIATION
FOR SHANE BRUN
21536545-v1

CASE NO. 4:17-cv-025928-YGR