# United States Court of Appeals for the Federal Circuit

---

**CELLSPIN SOFT, INC.,**
*Plaintiff - Appellant*

v.

**FITBIT, INC., MOOV, INC., DBA MOOV FITNESS, INC., NIKE, INC., FOSSIL GROUP, INC., MISFIT, INC., GARMIN INTERNATIONAL, INC., GARMIN USA, INC., CANON U.S.A., INC., GOPRO, INC., PANASONIC CORPORATION OF NORTH AMERICA, JK IMAGING LTD.,**
*Defendants - Appellees*

---

2018-1817, 2018-1819, 2018-1820, 2018-1821, 2018-1822, 2018-1823, 2018-1824, 2018-1825, 2018-1826

---

Appeals from the United States District Court for the Northern District of California in Nos. 4:17-cv-05928-YGR, 4:17-cv-05929-YGR, 4:17-cv-05931-YGR, 4:17-cv-05933-YGR, 4:17-cv-05934-YGR, 4:17-cv-05938-YGR, 4:17-cv-05939-YGR, 4:17-cv-05941-YGR, 4:17-cv-06881-YGR, Judge Yvonne Gonzalez Rogers.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

ENTERED BY ORDER OF THE COURT

<u>June 25, 2019</u>   <u>/s/ Peter R. Marksteiner</u>
                    Peter R. Marksteiner
                    Clerk of Court