1  John J. Edmonds (State Bar No. 274200)
       jedmonds@ip-lit.com
2  **EDMONDS & SCHLATHER, PLLC**
   355 South Grand Avenue, Suite 2450
3  Los Angeles, California 90071
   Telephone: (213) 973-7846
4  Facsimile: (213) 835-6996

5  Attorneys for Plaintiff,
   CELLSPIN SOFT INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CELLSPIN SOFT, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FITBIT, INC.,<br><br>　　　　Defendant. | Case No. 4:17-cv-05928-YGR<br><br>**STIPULATION FOR STAY PENDING U.S. SUPREME COURT REVIEW**<br><br>Judge: Hon. Yvonne G. Rogers |
| v.<br><br>MOOV INC.,<br><br>　　　　Defendant. | Case No. 4:17-cv-05929-YGR<br>(RELATED CASE) |
| v.<br><br>ADIDAS AMERICA, INC.,<br><br>　　　　Defendant. | Case No. 4:17-cv-05930-YGR<br>(RELATED CASE) |
| v.<br><br>NIKE, INC.,<br><br>　　　　Defendant. | Case No. 4:17-cv-05931-YGR<br>(RELATED CASE) |
| v.<br><br>UNDER ARMOUR, INC.,<br><br>　　　　Defendant. | Case No. 4:17-cv-05932-YGR<br>(RELATED CASE) |

| | |
|---|---|
| v.<br>FOSSIL GROUP, INC. ET AL.,<br>　　　　Defendants. | Case No. 4:17-cv-05933-YGR<br>(RELATED CASE) |
| v.<br>GARMIN INTERNATIONAL, INC. ET AL.,<br>　　　　Defendants. | Case No. 4:17-cv-05934-YGR<br>(RELATED CASE) |
| v.<br>NIKON AMERICAS, INC. ET AL.,<br>　　　　Defendants. | Case No. 4:17-cv-05936-YGR<br>(RELATED CASE) |
| v.<br>CANON U.S.A., INC.,<br>　　　　Defendant. | Case No. 4:17-cv-05938-YGR<br>(RELATED CASE) |
| v.<br>GOPRO, INC.,<br>　　　　Defendant. | Case No. 4:17-cv-05939-YGR<br>(RELATED CASE) |
| v.<br>PANASONIC CORPORATION OF NORTH AMERICA,<br>　　　　Defendant. | Case No. 4:17-cv-05941-YGR<br>(RELATED CASE) |
| v.<br>JK IMAGING LTD.,<br>　　　　Defendant. | Case No. 4:17-cv-06881-YGR<br>(RELATED CASE) |

Plaintiff, Cellspin Soft, Inc. ("Cellspin" or "Plaintiff"), and the above-named Defendants, Fitbit, Moov, adidas, Nike, Under Armour, Fossil, Misfit, Garmin, Nikon, Canon, GoPro, Panasonic, and JK Imaging (collectively "Defendants"), in the above-styled related cases, by and through their respective counsel of record, hereby respectfully stipulate and propose as follows:

WHEREAS on April 3, 2018, this Court ruled all Asserted Claims to be patent ineligible. *Cellspin Soft, Inc. v. Fitbit, Inc.*, 316 F. Supp. 3d 1138 (N.D. Cal. 2018).

WHEREAS on June 25, 2019, the Federal Circuit affirmed this Court's ruling at Alice step one but vacated and remanded for further proceedings at Alice step two. *Cellspin Soft, Inc. v. Fitbit, Inc.*, 927 F.3d 1306 (Fed. Cir. 2019).

WHEREAS, on September 23, 2019, Garmin, Canon, Fitbit, Fossil, GoPro, JK Imaging, Misfit, Moov, Nike and Panasonic filed a petition for certiorari with the United States Supreme Court, asking "Whether patent eligibility is a question of law for the court that can be resolved on a motion to dismiss, notwithstanding allegations in a complaint that the asserted claims are inventive." (Cert Petition Attached as Exhibit A.)

WHEREAS, although Cellspin believes that the probability of SCOTUS granting certiorari is low and it denies that the Federal Circuit's decision will be overturned by Defendants' petition, Cellspin is willing to join in seeking a stay until the petition is resolved, either by a denial of certiorari or a final disposition by SCOTUS following a grant of certiorari.

AS SUCH, the Parties join in asking this Court to stay this matter until resolution of Defendants' certiorari petition, either by a denial of certiorari or a final disposition by SCOTUS following a grant of certiorari.

| Dated: September 27, 2019 | /s/ John J. Edmonds |
| --- | --- |
| | Counsel for Plaintiff, Cellspin Soft, Inc. |
| Dated: September 27, 2019 | /s/ Shane Brun |
| | Counsel for Defendant, Fitbit, Inc. |
| Dated: September 27, 2019 | /s/ Shane Brun |
| | Counsel for Defendant, Moov Inc. |
| Dated: September 27, 2019 | /s/ Matias Ferrario |
| | Counsel for Defendant, adidas America, Inc. |
| Dated: September 27, 2019 | /s/ Amy Walters |
| | Counsel for Defendant, Nike, Inc. |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 27, 2019 | */s/ George D. Moustakas* |
| 3 | | Counsel for Defendant,<br>Under Armour, Inc. |
| 4 | Dated: September 27, 2019 | */s/ Dalia B. Kothari* |
| 5 | | Counsel for Defendants,<br>Fossil Group, Inc. and Misfit, Inc. |
| 6 | Dated: September 27, 2019 | */s/ Jacob A. Schroeder* |
| 7 | | Counsel for Defendants,<br>Nikon Americas, Inc. and Nikon, Inc. |
| 8 | Dated: September 27, 2019 | */s/ Jeffrey Ung* |
| 9 | | Counsel for Defendant,<br>Canon U.S.A., Inc. |
| 10 | Dated: September 27, 2019 | */s/ Karineh Khachatourian* |
| 11 | | Counsel for Defendant,<br>GoPro Inc. |
| 12 | Dated: September 27, 2019 | */s/ Jason Yu* |
| 13 | | Counsel for Defendant,<br>Panasonic Corporation of North America |
| 14 | Dated: September 27, 2019 | */s/ Daniel Kiang* |
| 15 | | Counsel for Defendant,<br>JK Imaging |
| 16 | Dated: September 27, 2019 | */s/ Rachael Lamkin* |
| 17 | | Counsel for Defendants,<br>Garmin International, Inc. and Garmin USA, Inc. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CELLSPIN SOFT, INC., <br>         Plaintiff, <br> v. <br> FITBIT, INC., <br>         Defendant. | Case No. 4:17-cv-05928-YGR <br><br> **STIPULATION FOR STAY PENDING U.S. SUPREME COURT REVIEW** <br><br> Judge: Hon. Yvonne G. Rogers |
| v. <br> MOOV INC., <br>         Defendant. | Case No. 4:17-cv-05929-YGR <br> (RELATED CASE) |
| v. <br> ADIDAS AMERICA, INC., <br>         Defendant. | Case No. 4:17-cv-05930-YGR <br> (RELATED CASE) |
| v. <br> NIKE, INC., <br>         Defendant. | Case No. 4:17-cv-05931-YGR <br> (RELATED CASE) |
| v. <br> UNDER ARMOUR, INC., <br>         Defendant. | Case No. 4:17-cv-05932-YGR <br> (RELATED CASE) |

| | |
|---|---|
| v.<br><br>FOSSIL GROUP, INC. ET AL.,<br><br>    Defendants. | Case No. 4:17-cv-05933-YGR<br>(RELATED CASE) |
| v.<br><br>GARMIN INTERNATIONAL, INC. ET AL.,<br><br>    Defendants. | Case No. 4:17-cv-05934-YGR<br>(RELATED CASE) |
| v.<br><br>NIKON AMERICAS, INC. ET AL.,<br><br>    Defendants. | Case No. 4:17-cv-05936-YGR<br>(RELATED CASE) |
| v.<br><br>CANON U.S.A., INC.,<br><br>    Defendant. | Case No. 4:17-cv-05938-YGR<br>(RELATED CASE) |
| v.<br><br>GOPRO, INC.,<br><br>    Defendant. | Case No. 4:17-cv-05939-YGR<br>(RELATED CASE) |
| v.<br><br>PANASONIC CORPORATION OF NORTH AMERICA,<br><br>    Defendant. | Case No. 4:17-cv-05941-YGR<br>(RELATED CASE) |
| v.<br><br>JK IMAGING LTD.,<br><br>    Defendant. | Case No. 4:17-cv-06881-YGR<br>(RELATED CASE) |

Having reviewed and considered the Stipulation and Proposal of Plaintiff, Cellspin Soft, Inc. ("Cellspin"), and Defendants, Fitbit, Moov, adidas, Nike, Under Armour, Fossil, Misfit, Garmin, Nikon, Canon, GoPro, Panasonic, and JK Imaging, and upon good cause shown, **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that:

Each of the above cases will be stayed until resolution of Defendants' certiorari petition, either by a denial of certiorari or a final disposition by SCOTUS following a grant of certiorari.

**IT IS SO ORDERED.**

_____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

DATED this ___ day of _____, 2019.