IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **CELLSPIN SOFT, INC.**,<br><br>  Plaintiff,<br><br>v.<br><br>**FITBIT, INC.**,<br><br>  Defendant. | **SCHEDULING ORDER REGARDING CLAIM CONSTRUCTION AND MOTION FOR SUMMARY JUDGEMENT**<br><br>Case No. 17-cv-05928-YGR<br><br>Dkt. Nos. 151, 153 |
| v.<br><br>**MOOV, INC.**,<br><br>  Defendant. | Case No. 17-cv-05929-YGR<br><br>Dkt. Nos. 129, 130 |
| v.<br><br>**NIKE, INC.**,<br><br>  Defendant. | Case No. 17-cv-05931-YGR<br><br>Dkt. Nos. 127, 128 |
| v.<br><br>**UNDER ARMOUR, INC.**,<br><br>  Defendant. | Case No. 17-cv-05932-YGR<br><br>Dkt. Nos. 109, 110 |
| v.<br><br>**FOSSIL GROUP, INC., ET AL.**,<br><br>  Defendants. | Case No. 17-cv-05933-YGR<br><br>Dkt. Nos. 192, 193 |
| v.<br><br>**GARMIN INTERNATIONAL, INC., ET AL.**,<br><br>  Defendants. | Case No. 17-cv-05934-YGR<br><br>Dkt. Nos. 129, 130 |
| v.<br><br>**NIKON AMERICAS, INC., ET AL.**,<br><br>  Defendants. | Case No. 17-cv-05936-YGR<br><br>Dkt. Nos. 125, 126 |

The Court has received the parties' summary judgment and claim construction briefing in the above-caption cases and has conducted a preliminary review. The Court finds it prudent to address the summary judgment motion first.

Accordingly, the Court hereby **SCHEDULES** the hearing for defendants' summary judgment motion for February 16, 2021 at 1:00 p.m. The technology tutorial and claim construction hearing set for January 29, 2021 and February 5, 2021, are **VACATED** pending resolution of the summary judgment motion and will be reset if appropriate.

**IT IS SO ORDERED.**

Dated: January 14, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**