Randall T. Garteiser (CA State Bar No. 231821)
  rgarteiser@ghiplaw.com
Christopher A. Honea (CA State Bar No. 232473)
  chonea@ghiplaw.com
M. Scott Fuller (TX State Bar No. 24036607)
  sfuller@ghiplaw.com
GARTEISER HONEA
795 Folsom St., Floor 1, San Francisco, CA 94107
119 W Ferguson, Tyler, TX 75702
Telephone: (415) 785-3762
Facsimile: (888) 908-4400

Attorneys for Plaintiff,
CELLSPIN SOFT INC.

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
5/7/2021

Additional Counsel Listed on Signature Pages

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CELLSPIN SOFT, INC., <br><br>Plaintiff <br><br> v. <br><br> FITBIT, INC., <br> MOOV, INC., <br> NIKE, INC., <br> UNDER ARMOUR, INC., <br> FOSSIL GROUP, ET AL., <br> GARMIN INTERN., INC., ET AL., <br> NIKON AMERICAS, INC., <br><br> Defendants. | **LOCAL RULE 6-1(a) STIPULATION TO ENLARGE TIME** <br><br><br><br> Case No. 4:17-CV-05928-YGR <br> Case No. 4:17-CV-05929-YGR <br> Case No. 4:17-CV-05931-YGR <br> Case No. 4:17-CV-05932-YGR <br> Case No. 4:17-CV-05933-YGR <br> Case No. 4:17-CV-05934-YGR <br> Case No. 4:17-CV-05936-YGR |

## **LOCAL RULE 6-1(a) STIPULATION TO ENLARGE TIME**

Per the parties' proposed omnibus scheduling order (*Cellspin Soft, Inc. v. Fitbit, Inc.*, Case NO. 4:17-cv-05928-YGR, Dkt. 184-1), the proposed deadline for submitting a proposed case narrowing Order was 21 days after the Court issues its

| | |
|---|---|
| 1 | claim construction ruling.  The Court issued its claim construction order in the |
| 2 | above-captioned related matters on April 14, 2021 and the deadline to submit a |
| 3 | proposed case narrowing order would have been May 5, 2021 as the parties |
| 4 | originally proposed. Pursuant to Civil L.R. 6-1(a), the parties stipulate to an |
| 5 | extension of time for submitting the proposed case narrowing Order from May 5, |
| 6 | 2021 to June 2, 2021. |
| 7 |       The parties' proposed extension does not alter the date of any event or |
| 8 | deadlines already fixed by Court order. |

Respectfully Submitted,                              Dates: May 5, 2021

By: */s/ Randall T. Garteiser*

Randall T. Garteiser
GARTEISER HONEA

Attorneys for Plaintiff
CELLSPIN SOFT INC.

By: */s/ Karim Oussayef*
Karim Oussayef
DESMARAIS LLP

Attorneys for Defendants FITBIT, INC. and FOSSIL GROUP, INC.

By: */s/ Shane Brun*
Shane Brun
KING & SPALDING LLP

Attorneys for Defendant MOOV, INC.

By: */s/ Richard T. Mulloy*
Richard T. Mulloy
DLA PIPER

Attorneys for Defendant NIKE, INC.

By: */s/ Michael P. Kella*
Michael P. Kella
HARNEY, DICKEY, & PIERCE, P.L.C.

Attorneys for Defendant UNDER ARMOUR, INC.

By: */s/ Ricardo J. Bonilla*
Ricardo J. Bonilla
FISH & RICHARDSON P.C.

Attorneys for Defendants FOSSIL GROUP, INC. and MISFIT, INC.

By: */s/ Rachael D. Lamkin*
Rachael D. Lamkin
LAMKIN IP DEFENSE

Attorneys for Defendants GARMIN INTERNATIONAL, INC. AND GARMIN USA, INC.

By: */s/ Colette Reiner Mayer*
Colette Reiner Mayer
MORRISON & FOERSTER LLP

Attorneys for Defendants NIKON AMERICAS, INC. and NIKON INC.