United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CELLSPIN SOFT, INC.,**<br>Plaintiff,<br>vs.<br>**FITBIT, INC.,** | **ORDER REFERRING MOTION FOR JUDICIAL RECUSAL**<br><br>Case No. 4:17-CV-05928-YGR |
| **MOOV, INC.,** | Case No. 4:17-CV-05929-YGR |
| **NIKE, INC.,** | Case No. 4:17-CV-05931-YGR |
| **UNDER ARMOUR, INC.,** | Case No. 4:17-CV-05932-YGR |
| **FOSSIL GROUP, ET AL.,** | Case No. 4:17-CV-05933-YGR |
| **GARMIN INTERN., INC., ET AL.,** | Case No. 4:17-CV-05934-YGR |
| **NIKON AMERICAS, INC. ET AL.,**<br>Defendants. | Case No. 4:17-CV-05936-YGR |

On January 20, 2023, Cellspin Soft, Inc. filed a Motion for judicial recusal pursuant to 28 U.S.C. sections 144 & 455. (*See* Dkt. No. 366.)

In accordance with 28 U.S.C. section 144 and Local Rule 3-14, the undersigned **REFERS** the Motion for Recusal for assignment to, and decision by, another judge of this court.

**IT IS SO ORDERED.**

Dated: 1/20/23

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**