United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CELLSPIN SOFT, INC.,**<br>Plaintiff,<br>vs.<br>**FITBIT, INC.,** | **ORDER WITHDRAWING REFERENCE**<br><br>Case No. 4:17-CV-05928-YGR |
| **MOOV, INC.,** | Case No. 4:17-CV-05929-YGR |
| **NIKE, INC.,** | Case No. 4:17-CV-05931-YGR |
| **UNDER ARMOUR, INC.,** | Case No. 4:17-CV-05932-YGR |
| **FOSSIL GROUP, ET AL.,** | Case No. 4:17-CV-05933-YGR |
| **GARMIN INTERN., INC., ET AL.,** | Case No. 4:17-CV-05934-YGR |
| **NIKON AMERICAS, INC. ET AL.,**<br>Defendants. | Case No. 4:17-CV-05936-YGR |

On Friday, January 20, 2023, Cellspin Soft, Inc. filed a Motion for judicial recusal pursuant to 28 U.S.C. sections 144 & 455. (*See* Dkt. No. 366.) On the same day, the Court referred the motion. Upon further reflection, and to promote transparency, the Court **WITHDRAWS** the reference.

**IT IS SO ORDERED.**

Dated: January 23, 2023

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE